CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 2 3 2011**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | **Civil Action No. 7:11-cv-00133** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HONORABLE JAMES C. TURK,** | ) | **By: Hon. James C. Turk** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is

**CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

**ENTER:** This _23rd_ day of March, 2011.

_____
Senior United States District Judge